IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN E. STEVENS, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV414-014
 ) CR411-199
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's § 2255 motion is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of December 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA